# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TARACAS G. ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES CRABTREE )<br>CORRECTIONAL CENTER, et al., )<br>)<br>Defendants. ) | Case No. CIV-16-299-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered August 23, 2016. Doc. No. 8. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii), and the claims against Defendants James Crabtree Correctional Center, Garfield County Jail and Paul Woodward are dismissed with prejudice. Further this dismissal will count as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 19th day of September, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1